IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW ROMEO JOHNSON,

    Plaintiff,

v.                                       CASE NO. 4:10-cv-00513-MP -WCS

BRYANT, WALTER A MCNEIL, PIPPEN,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's motion for injunction and restraining order, Doc. 8, be denied, and this case be remanded for further proceedings. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 10, is ADOPTED and incorporated herein.

    2.    The Motion for Injunction and Restraining Order, Doc. 8, is DENIED and the case is remanded to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this __24th__ day of March, 2011

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge